# United States Bankruptcy Court
## Southern District of New York

In re  **Hello Newman, Inc.**                                                                 Case No.
                                                Debtor(s)                                     Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Philip Hartman**, declare under penalty of perjury that I am the **Secretary** of **Hello Newman, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Philip Hartman, Secretary** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Philip Hartman, Secretary** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Philip Hartman, Secretary** of this Corporation is authorized and directed to employ **Bruce Weiner**, attorney and the law firm of **Rosenberg, Musso & Weiner, LLP** to represent the corporation in such bankruptcy case."

Date  October 14, 2016                                        Signed  **/s/ Philip Hartman**
                                                                      **Philip Hartman**

Resolution of Board of Directors
of
**Hello Newman, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Philip Hartman**, **Secretary** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Philip Hartman**, **Secretary** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Philip Hartman**, **Secretary** of this Corporation is authorized and directed to employ **Bruce Weiner**, attorney and the law firm of **Rosenberg, Musso & Weiner, LLP** to represent the corporation in such bankruptcy case.

Date  October 14, 2016                Signed  /s/ Philip Hartman
                                              **Philip Hartman**

Date  _____          Signed  _____