UNITED STATES BANKRUPTY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In Re:

                                                                                       CHAPTER 11

      Hello Newman, Inc.,

                                                                                       CASE NO. 16-12910-scc

                            Debtor.
-------------------------------------------------------x

TO:    THE HONORABLE SHELLEY C. CHAPMAN
         UNTIED STATES BANKRUPTCY JUDGE

       The application of the above-named, as debtor and debtor-in-possession, respectfully represents:

       1. Applicant heretofore filed a petition for relief under Chapter 11 of the Bankruptcy Code.

       2. Applicant has continued in possession of its property and management of its business as debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

       3. Philip Hartman is the secretary of the Debtor.

       4. Applicant, as debtor-in-possession, wishes to employ and retain the firm of ROSENBERG, MUSSO & WEINER ("R, M & W") as its attorneys in this case.

       5. Applicant has selected R, M & W for the reason that they have had considerable experience in matters of this character, and believes that R, M & W are well qualified to represent it as debtor-in-possession in this case.

       6. The professional services that said, R, M & W is to render are:

          a) To give debtor legal advice with respect to its powers and duties as debtor-in-possession in the continued operation of its business and management of its property;

      b) To prepare on behalf of applicant as debtor-in-possession necessary petitions, pleadings, orders, reports and other legal papers;

      c) To perform all other legal services for applicant as debtor-in-possession which may be necessary and appropriate in the conduct of this case.

    7. To the best of applicant's knowledge, R, M & W has no connection with applicant, the creditors, or any other party in interest, or their respective attorneys except as stated in the affidavit of R, M & W, annexed hereto and made a part hereof.

    8. R, M & W represents no interest adverse to applicant as debtor-in-possession or the estate in the matters upon which they are to be engaged, and their employment would be to the best interest of this estate.

    9. Applicant desires to employ R, M & W under a general retainer because of the extensive legal services required. A retainer fee of $15,000.00 has been paid by Philip Hartman, the Debtor's secretary.

    10. The undersigned reviewed the list of creditors and their affiliates to see if R, M & W ever represented any person or entity adverse to the Debtor. No conflict was found.

    WHEREFORE, applicant prays that it be authorized to employ and retain the R, M & W under a general retainer, to represent it as debtor-in-possession in this case under Chapter 11 of the said code, and that it have such other and further relief as is just.

Dated: Brooklyn, New York  
       October 24, 2016                            HELLO NEWMAN, INC.

                                              By:    /s/Philip Hartman  
                                                       Philip Hartman  
                                                       Secretary

## DECLARATION

I, Philip Hartman certify under penalty of perjury that the foregoing is true and correct and that the filing of this application on behalf of the corporation has been duly authorized.

Executed on October 24, 2016

_/s/Philip Hartman_
Philip Hartman