UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

    Hello Newman, Inc.,

                  Debtor.
-------------------------------------------------------x

CHAPTER 11

CASE NO. 16-12910-scc

**AFFIDAVIT OF ATTORNEY**

STATE OF NEW YORK    )
                                ) SS:
COUNTY OF KINGS      )

    I, Bruce Weiner, affirms as follows:

    1. I am an attorney at law duly admitted to practice in the State of New York and in this Court and I am a partner of the firm of Rosenberg, Musso & Weiner ("R, M & W").

    2. R, M & W maintain their offices for the practice of law at 26 Court Street, Suite 2211, Brooklyn, New York 11242.

    3. R, M & W are disinterested persons, as that term is defined in Section 101 (14) of the Bankruptcy Code, in that they

    (A) are not creditors, equity security holders, or insiders;

    (B) are not and were not investment bankers for any outstanding security of the debtor;

    (C) have not been within three years before the date of the filing of the petition, investment bankers for a security of the debtor, or attorneys for such an investment banker in connection with the offer, sale, or issuance of a security of the debtor;

(D) are not and were not, within two years before the date of the filing of the petition directors, officers or employees of the debtor or of an investment banker specified in subparagraph (B) or (C) of this paragraph; and

(E) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor or an investment banker specified in subparagraph (B) or (C) of this paragraph, or for any other reason;

(F) do not have any connection with the United States Trustee, or any person employed in the office of the United States Trustee.

(G) The undersigned is the attorney who will bear primary responsibility for the representation the authority for which is sought herein, however, R, M & W are partners whose members all fulfill the description in the following paragraphs and members other than the undersigned may appear on behalf of the debtor from time to time.  The current billing for partners is $625.00 and for associates is $575.00.  Prior to any increase in hourly rates, R, M & W shall fill a supplemental affidavit with the Court and give then business days' notice to the Debtor, the United States Trustee and any official creditors' committee, if applicable, which supplemental affidavit shall explain the basis for the requested rate increases in accordance with section 330 (a) (3) (F) of the Bankruptcy Code and indicate whether the client has received notice of and approved the proposed rate increase.

(H) R, M & W will not share fees with any other party.

(I)  The undersigned verily believes that he is competent to represent the interests of the entity on whose behalf representation is now sought proceedings now pending or which may reasonably be expected to be pending in this Court in the foreseeable future.

4.  The effective date of our retention is October 17, 2016.

5.  R, M &W acceptance of a retainer from Philip Hartman will not in any way affect our independent and professional judgement or compromise our ability to maintain client confidentiality.


Sworn to before me this
 24th day of October, 2016                                    __/s/Bruce Weiner_____
                                                                                             Bruce Weiner


 __/s/_____
NOTARY PUBLIC