UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

    Hello Newman, Inc.,

                    Debtor.
-------------------------------------------------------x

CHAPTER 11

CASE NO. 16-12910-scc

**AFFIDAVIT**

STATE OF NEW YORK    )
                                ) SS:
COUNTY OF              )

      Philp Hartman, being duly sworn, deposes and says:

      1. I have agreed to pay a retainer of $15,000.00 to Rosenberg, Musso & Weiner, LLP ("RMW") for that firm's representation of Hello Newman, Inc. ("Debtor") before the United States Bankruptcy for the Southern District of New York, under case number 16-12910. The payment was made by myself.

      2. I recognize and agree that RMW will represent the Debtor and not myself and that my payment of the retainer for the Debtor does not create an attorney-client relationship between myself and RMW and that RMW will have no duty or obligation to myself. RMW's duty will be only to the Debtor.

      3. The Debtor consents to my paying the retainer to RMW.

      4. Neither the Debtor nor myself are aware of any conflicts of interest, potential conflicts of interest, or claims between myself and the Debtor.

      5. The Debtor does not owe any money to me or any entity that I control or own.

      6. Neither myself not any entity that I own or control owes any money to the Debtor.

7. Rosenberg, Musso & Weiner does not owe any money to me or any entity that I own or control.

8. Neither myself nor any entity I own or control is interested in bidding on or refinancing any of the Debtor's assets.

Sworn to before me this            _/s/Philip Hartman_____
24th day of October, 2016                PHILIP HARTMAN


___/s/_____
NOTARY PUBLIC