| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Hello Newman, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **16-12910** |

☐ Check if this is an amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest: **Lease for apartment** | |
| | State the term remaining: **9/1/16 - 8/31/17** | **New Vide Yoga LLC**<br>**455 FDR Drive**<br>**#B 1406**<br>**New York, NY 10002** |
| | List the contract number of any government contract | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Hello Newman, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **16-12910** |

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**               *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Doris Kornish** | | **Knuckleknee LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Doris Kornish** | | **LCP Jerry LLC** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Phil Hatman** | **E. 3rd Street**<br>**New York, NY 10009** | **Bank of NY Mellon** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Phil Hatman** | **E. 3rd Street**<br>**New York, NY 10009** | **Knuckleknee LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Phil Hatman** | **E. 3rd Street**<br>**New York, NY 10009** | **LCP Jerry LLC** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Hello Newman, Inc.** | Case number *(if known)* | **16-12910** |

**Additional Page to List More Codebtors**
Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.6 | **Two Boots** | **E. 3rd Street**<br>**New York, NY 10009** | **US Small Business Adminis** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |