Honorable Chapman,                                April, 5 2017

All facts listed show that indeed Ms. Kornish has and does maintain excellent records and provides information in a timely manner.

Albert Togut(The "Trustee") wrongly accused me of not cooperating with him and giving over the information on the dip account for Hello Newman. But in fact the fax that Ms Kornish sent to Mr. Berger the attorney was in fact on time and exactly what he requested.

Mr. Togut has lied to the court.

The following items are false.

#2  False

#3 The "Trustee" has no basis to "believe" anything about Ms. Kornish since he only met her once. He has no prior knowledge to comment in a negative way about Ms. Kornish. He has no standing.

#4  Unlimited??

#21

#22

Relief Requested

I request that the court and the Trustee relieve Ms.Kornish and Hello Newman from case # 16-12910scc . She has been lied to in court documents and defrauded by Philip Hartman, and Chris Bartle. In fact, they have stolen her assets. She has never been involved with their Ponzi schemes and has never lied to the court. Ms. Kornish wishes the court to repay her for all of the damages she has faced for the last 12 years of being lied to and force Mr. Hartman to repay all money stolen from her.

Your Honor this is harassment and financial abuse.

I request relief from the following:

1.Togut, Segal, Segal   2. Neil Berger  3.Philip Hartman   4.Lpc jerry   5.

Chris Bartle  6. Knuckleknee &. Bruce Weiner

All court cases that involve Hello Newman and Doris Kornish