| | |
|---|---|
| TOGUT, SEGAL & SEGAL LLP<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000<br>Albert Togut<br>Neil Berger | **PRESENTMENT DATE:** 4/19/17 AT 12:00 P.M.<br>**OBJECTION DEADLINE:** 4/19/17 AT 11:00 A.M. |

*Attorneys for Albert Togut,*
 *Not Individually But Solely in His Capacity*
 *as Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
In re:                                                          :    Chapter 11
                                                                :
HELLO NEWMAN, INC.,                                             :    Case No. 16-12910 (SCC)
                                                                :
                          Debtor.                               :
                                                                :
---------------------------------------------------------------X

**NOTICE OF PRESENTMENT OF
ORDER (I) DESIGNATING DORIS KORNISH AS
THE RESPONSIBLE OFFICER OF THE DEBTOR AND
(II) COMPELLING HER TO TURN OVER PROPERTY OF THE ESTATE
TO THE TRUSTEE, AND OTHERWISE COOPERATE WITH THE TRUSTEE**

       **PLEASE TAKE NOTICE** that Albert Togut, not individually but solely in his capacity as the Chapter 11 trustee (the "Trustee") of the estate of Hello Newman, Inc. (the "Debtor"), will present for signature to the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in her Chambers at the United States Bankruptcy Court, One Bowling Green, New York, New York, on **April 19, 2017 at 12:00 Noon** (the "Presentment Date"), the attached proposed order (i) designating Doris Kornish as the responsible officer of the Debtor and (ii) compelling her to: (1) turn over property of the estate to the Trustee; and (2) otherwise cooperate with the Trustee (the "Proposed Order").

       **PLEASE TAKE FURTHER NOTICE** that responses and objections, if any, to the Proposed Order must be in writing, conform to the Federal Rules of Bankruptcy

Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, must set forth the name and address of the objecting party, the nature of the claim or interest of such party, the basis for the objection and the specific grounds thereof and include, where appropriate, proposed language to be inserted in the Proposed Order to resolve any such objection.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, must also be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a CD, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to the Chambers of the Honorable Shelley C. Chapman) and shall be served by first-class mail upon: (i) Togut, Segal & Segal LLP, attorneys for the Chapter 11 Trustee, One Penn Plaza, Suite 3335, New York, New York 10119 (Attn.: Neil Berger, Esq.); (ii) Rosenberg, Musso, & Weiner, LLP, counsel to the Debtor, 26 Court Street, Suite 2211, Brooklyn, New York 11242 (Attn.: Bruce Weiner, Esq.); (iii) Doris Kornish, at 113 East 2nd Street, New York, New York 10009; (iv) Law Offices of Gabriel Del Virginia, counsel for Phillip Hartman, 30 Wall Street, 12th Floor, New York, New York 10005 (Attn.: Gabriel Del Virginia, Esq.); (v) the Office of the United States Trustee, 201 Varick Street, New York, New York 10014 (Attn.: Andrew D. Velez-Rivera, Esq.); and (vi) all parties that

*[concluded on the following page]*

have filed Notices of Appearance in this case, so as to be actually received by all of them no later than **11:00 a.m., on April 19, 2017** (the "Objection Deadline").

DATED:  New York, New York
        April 6, 2017

        ALBERT TOGUT
Not Individually But Solely in His
Capacity as Chapter 11 Trustee
By His Attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
NEIL BERGER
A Member of the Firm
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000